UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> LION MOLINO, LLC, <br><br> Defendant. | Case No.  2:23-cv-04363-SB-AS <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

  Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  This matter was filed on June 3, 2023.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiffs have not filed a proof of service.  Plaintiffs are ordered to show cause, in writing, no later than September 19, 2023, why this action should not be dismissed for lack of prosecution.

  The Court will consider as an appropriate response to this Order to Show Cause the filing of proof of service showing that Defendant was served within the 90-day period or a showing of good cause to extend the service period.  Failure to respond to the Order to Show Cause will be construed as consent to dismissal and will result in the dismissal of the action in its entirety without prejudice.

  IT IS SO ORDERED.

Date: September 12, 2023

                        _____
                        Stanley Blumenfeld, Jr.
                        United States District Judge