UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> LION MOLINO, LLC, <br><br> Defendant. | Case No. 2:23-cv-04363-SB-AS <br><br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

Plaintiffs United African-Asian Abilities Club and James Lee filed their complaint against Defendant Lion Molino, LLC on June 3, 2023.  Dkt. No. 1.  On August 16, 2023, Plaintiffs effectuated personal service on Defendant Lion Molino, LLC.  *See* Dkt. No. 15.  Defendant failed to timely respond, and Plaintiffs have not sought entry of default.  Plaintiffs are ordered to show cause, in writing, no later than September 29, 2023, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 29, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims against Defendant.

IT IS SO ORDERED.

Date: September 22, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge